DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BARBARA ALTOMARE** and **RICHARD ALTOMARE**,
Appellants,

v.

**BOCAIRE COUNTRY CLUB, INC.**,
Appellee.

No. 4D17-3363

[September 27, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502013CA000928XXXXMB.

Peter Ticktin, Jamie Sasson, and Samuel Korab of The Ticktin Law Group, Deerfield Beach, for appellants.

Lara J. Edelstein and Hinda Klein of Conroy Simberg, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, KLINGENSMITH and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***